**Order filed, September 26, 2012.**



In The

# Fourteenth Court of Appeals
———————————

## NO. 14-12-00740-CV
———————————

### E.I. DU PONT DE NEMOURS AND COMPANY, Appellant

### V.

### ROBERT EARL ROYE AND DIANE ROYE, Appellee

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2009-80504**

## ORDER

The reporter's record in this case was due **September 17, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Carol Castillo**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM